No. 10–7387. SETSER v. UNITED STATES. C. A. 5th Cir. [Certiorari granted, 564 U. S. 1004.] Motion of the Solicitor General for divided argument granted.

OCTOBER 31, 2011

No. 11–82. MISSISSIPPI STATE CONFERENCE OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEO-

PLE ET AL. *v.* BARBOUR, GOVERNOR OF MISSISSIPPI, ET AL. Affirmed on appeal from D. C. S. D. Miss.